**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Crystal Lake Leasing Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba Budget; dba Cruise America; dba Ryder; dba Mackinley Trucking | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): ; EIN: 0248-9058 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9214 Pyott Road<br>Crystal Lake, IL 60014 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Mchenry | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>35W030 Lathrop Lane<br>W. Dundee, IL 60118 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☐ Individual(s)  ☐ Railroad
☑ Corporation  ☐ Stockbroker
☐ Partnership  ☐ Commodity Broker
☐ Other _____  ☐ Clearing Bank

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business   ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13
☐ Chapter 9  ☐ Chapter 12

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-638 - 31415

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Crystal Lake Leasing Inc |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X   /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

_____
Firm Name
138 Cass Street
Address
Post Office Box 1693     Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Michael M Elliott
Signature of Authorized Individual

MICHAEL M ELLIOTT
Printed Name of Authorized Individual

President
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-638 - 31415

AGS Rebuilders
8817-B Route 31
Cary, Illinois 60013

Airgas North Central
c/o Weiss Frankfurt Ness
2240 S. Constitution
Salt Lake City, UT 84120

Alexander Lumber Co.
Post Office Box 348
Crystal Lake, IL 60014

ARC Disposal
Post Office Box 9001822
Louisville, KY 40290-1822

Avaya
3795 Data Drive
Norcross GA 30092

Benoy Motor Sales
1790 S. Eastwood Drive
Post Office Box 348
Woodstock, IL 60098

Black Book
c/o National Auto Research
Post Office Box 758
Gainsville, GA 30503-0758

Boncosky Oil Co.
739 N. State Street
Elgin, Illinois 60123

Carl's Gas Shop
90 Brink Street
Crystal Lake, Illinois 60014

Coffman Truck Sales
1149 W. Lake Street
Aurora, IL 60507

ComEd
2100 Swiss Drive
Oak Brook, Illinois 60523
Attn.: Revenue Management

Cost Copy Consultants
Post Office Box 6286
Libertyville, IL 60048

Country Gas Co.
4010 Highway 14
Crystal Lake, IL 60014

Country Mutual Insurance Co.
Post Office Box 2100
Bloomington, IL 61702-2100

Crystal Lake Radiator
5618 S. Route 31
Crystal Lake, Illinois 60014

Crystal Lake Tire & Battery
5505 Northwest Highway
Crystal Lake, Illinois 60014

David Mackinley
380 Douglas Avenue
Crystal Lake, IL 60014

Dealers Transmission
95 Chancelor
Roselle, IL 60172

Demco
4010 320th Street
Boyden, IA 51234-0189

Diamond Advantage
Post Office Box 930347
Kansas City, 64193-0347

Enterprise Transportation
1301 Industrial Drive
Lake in the Hills, IL 60156

Freund International
Post Office Box 67
Huntley, Illinois 60142-0067

Glass America
112 Old McHenry Road
Wheeling, Illinois 60090

Illinois Environmental Protection Agency
Post Office Box 19276
Springfield, IL 62794-9276

Illinois State Bank
1301 Pyott Road
Lake in the Hills, IL 60156

Illinois State Bank
c/o Stinespring & Assoc.
77 W. Washington Street, #1801
Chicago, Illinois 60602

International Trucks
Post Office Box 67
Huntley, Illinois 60142

Interstate Battery Systems
333 West State Road
Island Lake, IL 60042-9704

Kiss & Ryan
96 Kennedy Memorial Drive, #203
Carpentersville, IL 60110

Lake Auto Supply
Post Office Box 535
Crystal Lake, IL 60039-0535

Lake in the Hills Sanitary Dist.
515 Plum Street
Lake in the Hills, IL 60156

Leach Enterprises
4304 Route 176
Crystal Lake, Illinois 60014

MCI
Post Office box 371838
Pittsburgh, PA 15250-7838

Mengel Mulvihill & Assoc.
2768 Glenower
Elgin, Illinois 6013

Midway Truck Parts
7400 W. 87th Street
Bridgeview, IL 60455

Mike Elliott
15W300 99th Place
W. Dundee, IL 60118

Nation Fleet Service
10100 Grinnell
Detroit, MI 48213

National Plumbing Supply Co.
9809 Pyott Road
Post Office Box 475
Crystal Lake, Illinois 60014

Nextel Communications
333 Inverness Drive, South
Englewood, CO 80112

Northwest Ford & Sterling Trucks
4000 N. Mannheim Road
Franklin Park, Illinois 60131

Paul Mackinlay
4811 Burman Drive
Crystal Lake, IL 60014

Paul Mackinlay
4811 Burman Drive
Crystal Lake, IL 60014

Performance Diesel

Performance Diesel
1692 S. Eastwood Drive
Woodstock, Illinois 60098

Pete's Towing
15N350 Route 25
East Dundee, IL 60118

Pitney Bowes
Post Office Box 5065
Shelton, CT 06484

Pomp's Tire
Post Office Box 1630
Green Bay, WI 54305-1630

Precision Data Systems
13957 S. Kostner Ave.
Crestwood, IL 60415

Purchase Power
Post Office Box 856042
Louisville, KY 40285-6042

R.A. Adams Enterprises, Inc.
2600 W. Route 12
McHenry, Illinois 60050

Rainbo Oil Co.
5048 American Road
Rockford, IL 61109

Redi-Weld
8711 Pyott Road
Lake in the Hills, IL 60156

Reichert Chevrolet
Post Office Box 100
5220 E. Northwest Highway
Crystal Lake, IL 60014

RG Smith Equipment
622 E. Northwest Highway
Des Plaines, IL 60016

Ron's Tidy Tank
Post Office Box 512
Fox River Grove, IL 60021

Safety Kleen
Cluster II Building 3
5400 Legacy Drive
Plano, TX 75024

SBC Ameritech Yellow Pages
RH Donnelley
Post Office Box 807008
Kansas City, MO 64180-7008

SBC/Ameritech-Business
Post Office Box 5072
Saginaw, MI 48605-5072

School Bus Parts
Post Office Box 10
Plumsteadville, PA 18949

Stans Financial Services
c/o Zukowski, Rogers, Flood & McArdle
50 Virginia Street
Crystal Lake, Illinois 60014

Suburban Office Supply
125 N. Main Street
Crystal Lake, IL 60014

TALX
Dept. 3065
135 S. LaSalle
Chicago, Illinois 60674-3065

Unicare Health Insurance
Post Office Box 0797
Carol Stream, IL 60132

Walter Alarm
5000 Northwest Highway
Crystal Lake, Illinois 60014

Whitey's Towing, Inc.
520 Cary-Algonquin Road
Cary, Illinois 60013

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re    Crystal Lake Leasing Inc           ,

                     Debtor

Case No. _____

Chapter     7 _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date _____

Signature     /s/ Michael M Elliott

                 MICHAEL M ELLIOTT,
                 President

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Crystal Lake Leasing Inc

Debtor(s)

Case No. _____

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept .......................................................... $ _____ 1,800.00 _____

    Prior to the filing of this statement I have received ........……………................. $ _____ 1,800.00 _____

    Balance Due .........................................……………………………….................. $ _____ 0.00 _____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and
    associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
    of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

_____              /s/ Richard T. Jones
_____
Date                                         Signature of Attorney

                                             _____
                                             Name of law firm

---