Case Name: CRYSTAL LAKE LEASING, INC.
DBA CRUISE AMERICA
Case No:    05-71910

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: April 24, 2008              WILLIAM T. NEARY
                                          United States Trustee, Region 11


                            BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee