IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>CRYSTAL LAKE LEASING, INC.<br><br>BUDBET, DBA CRUISE AMERICA<br><br>Debtor(s)<br><br>Social Security/Employer Tax ID Number:<br>36-2781874 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-71910 MB<br><br>HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   **MAY 28, 2008**
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 225.89 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD<br>Trustee's Accountant | $ 2,098.70 | 0.00 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 7,583.00 |
| BERNARD J. NATALE<br>Trustee | $ | 0.00 | 2,795.09 |

4. The Trustee's Final Report shows total:

   a. Receipts $ 20,450.88

   b. Disbursements $ 2,720.72

   c. Net Cash Available for Distribution $ 17,730.16

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $18,567.16. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $67,878.51, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: April 17, 2008          For the Court,

                              By:/s/ BERNARD J NATALE

                                   Trustee

```
BAE SYSTEMS                         CERTIFICATE  OF  SERVICE
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0752-3          User: lorsmith              Page 1 of 2        Date Rcvd: Apr 25, 2008
Case: 05-71910                Form ID: pdf002             Total Served: 86

The following entities were served by first class mail on Apr 27, 2008.
db            Crystal Lake Leasing, Inc.,   9214 Pyott Road,   Crystal Lake, IL  60014
aty          +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
9187826      +AGS Rebuilders,    8817-B Route 31,   Cary, Illinois 60013-1817
9187829       ARC Disposal,   Post Office Box 9001822,   Louisville, KY 40290-1822
9619173      +Airgas North Central,   POB 2395,   Waterloo, IA 50704-2395
9187827      +Airgas North Central,   c/o Warner Fleet Services,   2240 S. 5370 West,
               Salt Lake City, UT 84120-1278
9187828      +Alexander Lumber Co.,   Post Office Box 348,   Crystal Lake, IL 60039-0348
9382390      +Avaya,   c/o RMS Bankruptcy Service,   P.O. Box 5126,   Timonuim, Maryland 21094-5126
9187830      +Avaya,   3795 Data Drive,   Norcross GA 30092-6533
9187831      +Benoy Motor Sales,   1790 S. Eastwood Drive,   Post Office Box 348,   Woodstock, IL 60098-0348
9187832       Black Book,   c/o National Auto Research,   Post Office Box 758,   Gainsville, GA 30503-0758
9187833      +Boncosky Oil Co.,   739 N. State Street,   Elgin, Illinois 60123-2144
9187834      +Carl's Gas Shop,   90 Brink Street,   Crystal Lake, Illinois 60014-4442
9187835      +Coffman Truck Sales,   1149 W. Lake Street,   Aurora, IL 60506-5585
9187836       ComEd,   2100 Swiss Drive,   Oak Brook, Illinois 60523,   Attn.: Revenue Management
9187837      +Cost Copy Consultants,   Post Office Box 6286,   Libertyville, IL 60048-6286
9187838      +Country Gas Co.,   4010 Highway 14,   Crystal Lake, IL 60014-8299
9187839       Country Mutual Insurance Co.,   Post Office Box 2100,   Bloomington, IL 61702-2100
9338470      +Crystal Lake Pit Stop Inc,   7402 Teckler Blvd,   Crystal Lake, IL 60014-3108
9187840      +Crystal Lake Radiator,   5618 S. Route 31,   Crystal Lake, Illinois 60014-4518
9187841      +Crystal Lake Tire & Battery,   5505 Northwest Highway,   Crystal Lake, Illinois 60014-8077
9187842      +David Mackinley,   380 Douglas Avenue,   Crystal Lake, IL 60014-5908
9187843      +Dealers Transmission,   95 Chancelor,   Roselle, IL 60172-3901
9593054      +Deanna Jensen,   111 Terry Ct,   Woodstock IL 60098-2556
9187844      +Demco,   4010 320th Street,   Boyden, IA 51234-7502
9187845       Diamond Advantage,   Post Office Box 930347,   Kansas City, 64193-0347
9187846      +Enterprise Transportation,   1301 Industrial Drive,   Lake in the Hills, IL 60156-1501
9187847       Freund International,   Post Office Box 67,   Huntley, Illinois 60142-0067
9187848      +Glass America,   112 Old McHenry Road,   Wheeling, Illinois 60090-3203
10603845     +ILLINOIS BELL TELEPHONE CO.,   PO B 981268,   WEST SACRAMENTO CA 95798-1268
11498618     +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street  Level 7-400,
               Chicago, Illinois 60601-3218
9187849       Illinois Environmental Protection Agency,   Post Office Box 19276,   Springfield, IL 62794-9276
9187851      +Illinois State Bank,   c/o Stinespring & Assoc.,   77 W. Washington Street, #1801,
               Chicago, Illinois 60602-3184
10477097     +Illinois State Bank,   c/o Harry P Stinespring III,   195 N Harbor Drive Suite 2707,
               Chicago, IL 60601-7532
9187850      +Illinois State Bank,   1301 Pyott Road,   Lake in the Hills, IL 60156-9794
9187852      +International Trucks,   Post Office Box 67,   Huntley, Illinois 60142-0067
9187853       Interstate Battery Systems,   333 West State Road,   Island Lake, IL 60042-9704
9338471      +J & G Used Truck Sale,   1440 Stat route 161,   Centralia, IL 62801-6742
9593083      +Justin McCulloch,   35W240 Cresent Dr,   West Dundee IL 60118-9309
9187854       Kiss & Ryan,   96 Kennedy Memorial Drive, #203,   Carpentersville, IL 60110
9187855       Lake Auto Supply,   Post Office Box 535,   Crystal Lake, IL 60039-0535
9187856      +Lake in the Hills Sanitary Dist.,   515 Plum Street,   Lake in the Hills, IL 60156-3399
9187857      +Leach Enterprises,   4304 Route 176,   Crystal Lake, Illinois 60014-3799
9187858       MCI,   Post Office box 371838,   Pittsburgh, PA 15250-7838
9187859      +Mengel Mulvihill & Assoc.,   2768 Glenower,   Elgin, Illinois 60124-2313
9338473       Merchant Services Recovery Dept,   POB 9599,   Knoxville, Tn 37940-0599
9593064      +Michael M Elliott Jr,   35W300 Lathrop Ln,   West Dundee IL 60118-9290
9187860      +Midway Truck Parts,   7400 W. 87th Street,   Bridgeview, IL 60455-1881
9187861      +Mike Elliott,   35W300 Lathrop Lane,   W. Dundee, IL 60118-9290
9338476      +NCR=eRecovery,   0506 Manchester Expressway A12,   Columbus, GA 31904-6482
9338474       Napa Auto Parts,   Lake Auto Supply,   POB 535,   Crystal Lake, IL  60039-0535
9187862      +Nation Fleet Service,   10100 Grinnell,   Detroit, MI 48213-1142
9187863      +National Plumbing Supply Co.,   9809 Pyott Road,   Post Office Box 475,
               Crystal Lake, Illinois 60039-0475
9187864      +Nextel Communications,   333 Inverness Drive, South,   Englewood, CO 80112-5882
9187865      +Northwest Ford & Sterling Trucks,   4000 N. Mannheim Road,   Franklin Park, Illinois 60131-1262
9592063      +Paul MacKinlay,   4811 Burman,   Crystal Lake, IL 60014-6311
9187866       Paul Mackinlay,   c/o Kiss Ryan & Anderson,   96 Kennedy Memorial Dr Suite 203,
               Carpentersville IL 60110
9187867      +Paul Mackinlay,   4811 Burman Drive,   Crystal Lake, IL 60014-6311
9187869      +Performance Diesel,   1692 S. Eastwood Drive,   Woodstock, Illinois 60098-4655
9187870      +Pete's Towing,   15N350 Route 25,   East Dundee, IL 60118-1607
9187871      +Pitney Bowes,   Post Office Box 5065,   Shelton, CT 06484-7165
9861199      +Pitney Bowes Credit Corporation,   Attn Recovery Dept,   27 Waterview Dr,
               Shelton, CT 06484-4361
9187872       Pomp's Tire,   Post Office Box 1630,   Green Bay, WI 54305-1630
9187873      +Precision Data Systems,   13957 S. Kostner Ave.,   Crestwood, IL 60445-2205
9187874       Purchase Power,   Post Office Box 856042,   Louisville, KY 40285-6042
9187875       R.A. Adams Enterprises, Inc.,   2600 W. Route 12,   McHenry, Illinois 60050
9187879      +RG Smith Equipment,   622 E. Northwest Highway,   Des Plaines, IL 60016-3059
9187876      +Rainbo Oil Co.,   5048 American Road,   Rockford, IL 61109-6315
9187877      +Redi-Weld,   8711 Pyott Road,   Lake in the Hills, IL 60156-9722
9187878      +Reichert Chevrolet,   Post Office Box 100,   5220 E. Northwest Highway,
               Crystal Lake, IL 60014-8010
9187880      +Ron's Tidy Tank,   Post Office Box 512,   Fox River Grove, IL 60021-0512
9187882      +SBC Ameritech Yellow Pages,   RH Donnelley,   Post Office Box 807008,
               Kansas City, MO 64180-0001
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Apr 25, 2008
Case: 05-71910                Form ID: pdf002             Total Served: 86

9187883       SBC/Ameritech-Business,   Post Office Box 5072,   Saginaw, MI 48605-5072
9187881      +Safety Kleen,   Cluster II Building 3,   5400 Legacy Drive,   Plano, TX 75024-3105
9187884      +School Bus Parts,   Post Office Box 10,   Plumsteadville, PA 18949-0010
9893090      +Stans Financial Services,   c/o Zukowski, Rogers, Flood & McArdle,   50 Virginia Street,
               Crystal Lake, IL 60014-4126
9187885      +Stans Financial Services,   c/o Zukowski, Rogers, Flood & McArdle,   50 Virginia Street,
               Crystal Lake, Illinois 60014-4126
9187886      +Suburban Office Supply,   125 N. Main Street,   Crystal Lake, IL 60014-4432
9619057       Susan MacKinlay,   c/o Kiss, Ryan & Anderson,   96 Kennedy Memorial Dr Suite 203,
               Carpentersville IL 60110
9187887       TALX,   Dept. 3065,   135 S. LaSalle,   Chicago, Illinois 60674-3065
9338506      +US Bank,   7300 Chapman Highway,   Knoxville, TN 37920-6612
9187888      +Unicare Health Insurance,   Post Office Box 0797,   Carol Stream, IL 60132-0001
9187889      +Walter Alarm,   5000 Northwest Highway,   Crystal Lake, Illinois 60014-7355
9187890      +Whitey's Towing, Inc.,   520 Cary-Algonquin Road,   Cary, Illinois 60013-2060
9719385      +r.h. donnelley,   5000 college blvd.,   ste. 201,   overland park,   kansas 66211-1793,   66211
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9187868       Performance Diesel
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**               **Signature:**       _Joseph Speetjens_