## JPMorganChase 🟢

JPMorgan Chase Bank, N.A.
**Bankruptcy Management Services**
4 New York Plaza
New York, NY 10004

August 01, 2008 through August 29, 2008
Account Number: **000312019696266**

---

### CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**

00016744 DBI 802 24 24608 - NNNNN  1 000000000 62 0000
05-71910 CRYSTAL LAKE LEASING INC
DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CHECKING SUMMARY | Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$1,980.83** |
| Checks Paid | 2 | - 1,980.83 |
| **Ending Balance** | **2** | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 109 | 08/12 | $1,250.72 ✓ |
| 111 * | 08/04 | 730.11 ✓ |
| **Total Checks Paid** |  | **$1,980.83** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/04 | $1,250.72 |
| 08/12 | 0.00 |

# EXHIBIT C

9-9-08